8

| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
FILED

OCT 13 1999

Michael N. Milby
Clerk of Court

*Luna Guzman*

§
§
§
versus §  Civil Action B-98-193
§
§
§

*Ynominski*

Specific Referral to Magistrate Judge

This application for a writ of habeas corpus is referred to Magistrate Judge Felix Recio for a report and recommendation.

Signed ___October 13th___, 1999, at Brownsville, Texas.

*Hilda Tagle*

———————————————
Hilda G. Tagle
United States District Judge

orefcs.
MAG flag