/13

JUL - 2 2001

```
COURTROOM MINUTES:  Felix Recio Judge Presiding
                    Southern District of Texas, Brownsville Division

Courtroom Clerk     :   M Garcia
Court Reporter      :   C Newman
CSO                 :   Salinas
Date                :   July 2, 2001 at 2:00 p.m.
------------------------------------------------------------------------
CV. NO. B-98-143    Jose Villanueva-Velasquez    vs  E M Trominski et al
        B-98-192    Ladislao Garcia-Espinosa     vs  E M Trominski et al
        B-98-193    Juan Jose Luna-Guzme         vs  E M Trominski et al
        B-99-010    Francisco Leos-Hernandez     vs  E M Trominski et al
        B-99-025    Delfino Gonzalez-Mercado     vs  E M TRominski et al
        B-99-040    Everardo Arechiga-Hernandez  vs  E M Trominski et al
        B-99-047    Orlando Reyes-Garza          vs  E M Trominski et al
        B-99-051    Vicente Dominguez-Infante    vs  E M Trominski et al
        B-99-126    Daniel Tamez-Muniz           vs  E M Trominski et al
        B-99-127    Juan Jose Verduzco-Arevalo   vs  E M Trominski et al
        B-99-128    Ricardo Gonzalez-Gonzalez    vs  E M Trominski et al
        B-00-100    Rodolfo Vargas-Lazarit       vs  E M Trominski et al
```

## PETITIONERS' UNOPOSSED MTN FOR EMERGENCY HEARING ON REPONDENTS' MTN TO DISMISS

Attorney Lisa Brodyaga present for the Petitioner'; Attorney Lisa Putnam present for the Defendants';

Presentation, response and arguments made by both parties;

The Court will prepare a Report and Recommendation to Judge Tagle denying the Respondent's Motion to Dismiss.