```
                    FOR THE SOUTHERN DISTRICT OF TEXAS
                            BROWNSVILLE DIVISION
```

| | | |
|---|---|---|
| 3 | JOSE VILLANUEVA-VELASQUEZ ) | B98-143 |
| | ) | (HGT/FR) |
| 4 | VS.                      ) | |
| | ) | Brownsville, Texas |
| 5 | E. M. TROMINSKI, ET AL   ) | July 2, 2001 |
| | ........................) | |
| 6 | | |
| 7 | and | |
| 8 | LADISLAO GARCIA-ESPINOZA  ) | B98-192 |
| | ) | (HGT/FR) |
| 9 | VS.                      ) | |
| | ) | Brownsville, Texas |
| 10 | E. M. TROMINSKI, ET AL   ) | July 2, 2001 |
| | ........................) | |
| 11 | and | |
| 12 | JUAN JOSE LUNA-GUZME      ) | B98-193 |
| | ) | (HGT/FR) |
| 13 | VS.                      ) | |
| | ) | Brownsville, Texas |
| 14 | E. M. TROMINSKI, ET AL   ) | July 2, 2001 |
| | ........................) | |
| 15 | and | |
| 16 | FRANCISCO LEOS-HERNANDEZ  ) | B98-010 |
| 17 | ) | (HGT/FR) |
| | VS.                      ) | |
| 18 | ) | Brownsville, Texas |
| | E. M. TROMINSKI, ET AL   ) | July 2, 2001 |
| 19 | and | |
| 20 | DELFINO GONZALEZ-MERCADO  ) | B99-025 |
| 21 | ) | (HGT/FR) |
| | VS.                      ) | |
| 22 | ) | Brownsville, Texas |
| | E. M. TROMINSKI, ET AL   ) | July 2, 2001 |
| 23 | and | |

United States District Court
Southern District of Texas
FILED

JUL 0 3 2001

Michael N. Milby
Clerk of Court

**ORIGINAL**

WILSON REPORTING SERVICES
P.O. Box 532003   Harlingen, Texas  78553
(956) 412-5700