

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

## JUL 2 3 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

JUAN JOSE LUNA-GUZME      *

      VS           *    C.A. NO. B-98-193

E.M. TROMINSKI, ET AL      *

# O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation should be ADOPTED.

It is therefore ORDERED, ADJUDGED, and DECREED that the Respondents' Motion to Dismiss be **DENIED** and Petitioner's Motion for Summary Judgment be **GRANTED**.

DONE at Brownsville, Texas, this _____, day of _____, 2001.

_____
Hilda G. Tagle
United States District Judge

5